# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**GARY ARTHUR DeMOTT**                                              **PETITIONER**

**VERSUS**                                          **CIVIL ACTION NO. 5:05cv200DCB-JCS**

**CONSTANCE REESE**                                                  **RESPONDENT**

## ORDER

Before the Court is the following document submitted by the petitioner and filed by the docket clerk as a Motion of Removal [9-1].  Having reviewed the motion, this Court finds that the document was entitled "Notice of Removal."  Moreover, having reviewed the motion/notice, this Courts finds that it is unclear the reason for the petitioner filing this motion/notice.  Therefore, as far as the court can construe it as a motion it is denied [9-1].

THIS, the 8th day of August, 2006.

*s/James C. Sumner*
UNITED STATES MAGISTRATE JUDGE