IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GARY ARTHUR DeMOTT, #09620-023                                              PETITIONER

VERSUS                                                      CIVIL ACTION NO. 5:05cv200DCB-JCS

CONSTANCE REESE, FCI Yazoo, Miss. - Warden                                  RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed as frivolous, without prejudice and to the extent that the petition can be construed as a § 2255 motion it shall be dismissed for this court's lack of jurisdiction, with prejudice.

SO ORDERED AND ADJUDGED, this the 24th day of August, 2006.


                                                  S/DAVID BRAMLETTE
                                                UNITED STATES DISTRICT JUDGE